1  Daniel G. Shay (SBN 250548)
2  DanielShay@TCPAFDCPA.com
   **LAW OFFICE OF DANIEL G. SHAY**
3  409 Camino Del Rio South, Suite 101B
4  San Diego, CA  92108
   Telephone: (619) 222-7429
5  Facsimile:  (866) 431-3292

6  *Attorney for Plaintiffs*
7  *Derrick Chung & Jean Chung*

8
                    **UNITED STATES DISTRICT COURT**
9
                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

11
                                          )
12  DERRICK CHUNG &                        )    Case No.:
13  JEAN CHUNG,                            )    3:15-cv-02838-AJB-MDD
                                           )
14           Plaintiffs,                   )    NOTICE OF SETTLEMENT WITH
15                                         )    BANK OF AMERICA, N.A. ONLY
    vs.                                    )
16                                         )    Magistrate Judge:  Mitchell D. Dembin
                                           )    Trial Date:         None
17                                         )
                                           )
18  BANK OF AMERICA, N.A. &                )
19  NATIONSTAR MORTGAGE, LLC,              )
                                           )
20           Defendants.                   )
21  _____)

22

23

24

25

26

27

28

                                    1
Notice of Settlement

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that Plaintiffs Derrick Chung and Jean Chung have settled with Defendant Bank of America, N.A. only. A Notice of Voluntary Dismissal as to Bank of America, N.A. will be filed within 45 (forty-five) days of this filing.

Respectfully submitted,

Date: February 11, 2016          LAW OFFICE OF DANIEL G. SHAY

By: s/ Daniel G. Shay
Daniel G. Shay, Esq.
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292

*Attorney for Plaintiffs*
*Derrick Chung & Jean Chung*