Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292

*Attorney for Plaintiffs*
*Derrick Chung & Jean Chung*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK CHUNG & JEAN CHUNG, | Case No.: 3:15-cv-02838-AJB-MDD |
| Plaintiffs, | NOTICE OF SETTLEMENT OF ENTIRE ACTION |
| vs. | Magistrate Judge: Mitchell D. Dembin |
| | Trial Date: None |
| BANK OF AMERICA, N.A. & NATIONSTAR MORTGAGE, LLC, | |
| Defendants. | |

Notice of Settlement

1

1  TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR
2  COUNSEL OF RECORD:

3    Please be advised that Plaintiffs Derrick Chung and Jean Chung have settled the
4  entire action. A Notice of Voluntary Dismissal will be filed within 45 (forty-five)
5  days of this filing.

                                       Respectfully submitted,

Date: February 26, 2016        LAW OFFICE OF DANIEL G. SHAY

                                       By: s/ Daniel G. Shay
                                       Daniel G. Shay, Esq.
                                       409 Camino Del Rio South, Suite 101B
                                       San Diego, CA 92108
                                       Telephone: (619) 222-7429
                                       Facsimile: (866) 431-3292

                                       *Attorney for Plaintiffs*
                                       *Derrick Chung & Jean Chung*

Notice of Settlement